# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hav vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | | Case Number |
|---|---|---|
| Gregory Davis, on behalf of himself and all other Plaintiffs similary situated known and unknown. | | FILED MAY 23, 2008   YM  08CV3027  JUDGE COAR  MAGISTRATE JUDGE SCHENKIER |
| v | | |
| Debbie's Restaurant, Inc., Jennifer Williams, individually, and Aaron J. Williams, individually | | |

**AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:**

**PLAINTIFF**

| | |
|---|---|
| NAME | |
| **JOHN W. BILLHORN** | |
| SIGNATURE | |
| *s/ John W. Billhorn* | |
| FIRM | |
| **BILLHORN LAW FIRM** | |
| STREET ADDRESS | |
| **515 N. State Street / Suite 2200** | |
| CITY/STATE/ZIP | |
| **Chicago, IL 60610** | |
| IDENTIFICATION NUMBER | TELEPHONE NUMBER |
| **ARDC # 6196946** | **(312) 464-1450** |
| FAX NUMBER: | EMAIL ADDRESS: |
| **(312) 464-1459** | jbillhorn@billhornlaw.com |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | **X** | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | **X** | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | **X** | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRAIL ATTORNEY? | YES | **X** | NO |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐