# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

GREGORY DAVIS, ON BEHALF OF HIMSELF
AND ALL OTHER PLAINTIFFS SIMILARLY
SITUATED KNOWN AND UNKNOWN

    Plaintiff

    v

DEBBIE'S RESTAURANT, INC., JENNIFER
WILLIAMS, INDIVIDUALLY AND AARON J.
WILLIAMS, INDIVIDUALLY

    Defendants

CASE NUMBER:    08 CV 3027

ASSIGNED JUDGE:    COAR

DESIGNATED
MAGISTRATE JUDGE:    SCHENKIER

TO:    AARON J. WILLIAMS
    % DEBBIE'S RESTAURANT, INC.
    5658 WEST MADISON STREET
    CHICAGO, IL 60644-3939

    YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    JOHN W. BILLHORN
    BILLHORN LAW FIRM
    515 N. State Street / Suite 2200
    Chicago, IL. 60610

an answer to the complaint which is herewith served upon you, **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_Nadine Girly_

(By) DEPUTY CLERK

July 7, 2008

Date

DATE

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me [1] | Date 7-31-08   3:00 P.M |
|---|---|
| Name of Server (Print)    Charles Kinsey | Title    SERVER |

**Check one box below to indicate appropriate method of service**

|   | Served personally upon the defendant. *Place where served:* _____ |
|---|---|

| ✓ | Left copies thereof at the defendant's dwelling house or usual place of abode with a person of      white 5'4" suitable age and discretion then residing therin. " WAITRESS DRESSED IN AN       45 Approximatly 2ND PERSEN late 20's 5'3" Name of person with whom the summons and complaint were left:  Blue Jeans gray knit Top. PUNK Rock Females Both were AFRO-AMERICAN / HAIR STYLE. |
|---|---|

| | Return unexecuted: _____ |
|---|---|

| | Other (specify): _____ |
|---|---|

## STATEMENT OF SERVICE FEES

| Travel  Time 1 hr | Services | Total $125.- |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on:     7-31-08
                          Date

Signature of Server:     Charles Kin___

Address of Server:     4851 N. MAGNOLIA 2-W
                                  ChicAgo Il 60640

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure