# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

GREGORY DAVIS, ON BEHALF OF HIMSELF
AND ALL OTHER PLAINTIFFS SIMILARLY
SITUATED KNOWN AND UNKNOWN

    Plaintiff

    v

DEBBIE'S RESTAURANT, INC., JENNIFER
WILLIAMS, INDIVIDUALLY AND AARON J.
WILLIAMS, INDIVIDUALLY

    Defendants

CASE NUMBER: 08 CV 3027

ASSIGNED JUDGE: COAR

DESIGNATED
MAGISTRATE JUDGE: SCHENKIER

TO: JENNIFER WILLIAMS
℅ DEBBIE'S RESTAURANT, INC.
5658 WEST MADISON STREET
CHICAGO, IL 60644-3939

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOHN W. BILLHORN
BILLHORN LAW FIRM
515 N. State Street / Suite 2200
Chicago, IL. 60610

an answer to the complaint which is herewith served upon you, **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

DATE

July 7, 2008
Date

# RETURN OF SERVICE

Service of the Summons and complaint was made by me [1]    Date 7-31-08   3:00 PM

Name of Server (Print): Charles Kinsey    Title: Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therin. "Waitress Dressed in all white 5'4" 45 Approximatly 2nd Person Late 20's 5'5"
Name of person with whom the summons and complaint were left: Blue Jeans Gray Knit Top. Punk Rock
Females Both were Afro-American / Hair Style.

☐ Return unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

Travel: Time 1 hr    Services:    Total: $125-

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on: 7-31-08
Date

Signature of Server: Charles Kin___

Address of Server: 4851 N. Magnolia 2-W
Chicago Il 60640

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure