IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY DAVIS, ON BEHALF OF HIMSELF AND ALL OTHER PLAINTIFF'S SIMILARLY SITUATED KNOWN AND UKNOWN<br><br>Plaintiff<br><br>v.<br><br>DEBBIE'S RESTAURANT, INC., JENNIFER WILLIAMS, INDIVIDUALLY, AND AARON J. WILLIAMS, INDIVIDUALLY<br><br>Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   N<sup>o.</sup> 08 CV 3027<br><br>Honorable Judge Coar<br><br>Magistrate Judge Schenkier |

## NOTICE OF FILING

TO:  Debbie's Restaurant, Inc., Jennifer Williams, Aaron J. Williams
     5658 West Madison Street
     Chicago, IL 60644

PLEASE TAKE NOTICE that on August 4, 2008, I shall cause to be filed with the Clerk of the United States District Court located at the Everett Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, **Executed Summons – Debbie's Restaurant, Executed Summons - Jennifer Williams, Executed Summons, Aaron J. Williams**, a copy of which is attached hereto.

s/ John W. Billhorn
*Electronically Filed 8/4/2008*
_____
John W. Billhorn

## CERTIFICATE OF SERVICE

The undersigned hereby states under oath, that on August 4, 2008, he caused to be served upon the party as noted of record shown above, the pleading referenced herein by Regular U.S. Postal Service from 515 N. State Street, Chicago, Illinois, postage paid.

s/ John W. Billhorn
_____
John W. Billhorn

BILLHORN LAW FIRM
515 N. State Street / Suite 2200
Chicago, IL 60610

1